UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART,<br><br>    Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY., *et al*.,<br><br>    Defendants. | Civil Action Number: |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Evan Barenbaum, Esquire for Defendants:

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Abs Capital I inc. Trust 2007-HE 2, Mortgage Pass-Through Certificates, Series 2007-HE2; and

Stern & Eisenberg, P.C.; and

Specialized Loan Servicing, LLC; and

Mortgage Electronic Registration Systems Inc.

/s/Evan Barenbaum
Evan Barenbaum, Esquire
STERN & EISENBERG, P.C.
1581 Main Street, Suite 200
Warrington, PA 18976
(267) 620-2130
ebarenbaum@sterneisenberg.com
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART,<br><br>    Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY., et al.,<br><br>    Defendants. | Civil Action Number: |

## AFFIDAVIT OF SERVICE

I certify that on this 4th day of November, 2020, a true and correct copy of the Notice of Appearance was served on all parties via First-Class Mail, postage prepaid, on the following:

Joshua Thomas, Esquire  
225 Wilmington Chester Pike  
Suite 200  
Chadds Ford, PA 19317

Wells Fargo Bank, N.A.  
420 Montgomery Street  
San Francisco, CA 94104

/s/Evan Barenbaum  
Evan Barenbaum