IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kenneth Taggart<br>45 Heron Rd<br>Holland, Pa 18966<br><br>     Plaintiff,<br><br>  v.<br><br>Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Abs Capital I Inc. Trust 2007-HE 2, Mortgage Pass-Through Certificates, Series 2007-HE2,<br><br>Stern & Eisenberg, P.C.<br>1581 N Main St, Suite 200<br>Warrington, PA 18976<br><br>Specialized Loan Servicing, LLC<br>8742 Lucent Blvd.<br>Highlands Ranch, Co. 80129<br><br>Mortgage Electronic Registrations Systems Inc.<br>818 Library Street Suite 300<br>Reston, Virginia 20190<br><br>Wells Fargo Bank, N.A.<br>420 Montgomery Street<br>San Francisco, CA 94104<br><br>     Defendants. | Civil Action No. 2:20-cv-05503 |

**NOTICE OF APPEARANCE**

  Kindly enter my appearance on behalf of Defendant Wells Fargo Bank, N.A. in the above captioned case.

Dated:  November 9, 2020        Respectfully Submitted,

              By: */s/ Diane A. Bettino*
                 Diane A. Bettino, Esq. (Id. No. 64111)
                 Reed Smith LLP

- 2 -

        506 Carnegie Center, Suite 300
        Princeton, NJ 08540
        Tel. (609) 987-0050
        dbettino@reedsmith.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

      I, Diane A. Bettino, do hereby certify that I electronically filed the foregoing document with the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system, which will serve all counsel of record in this case.

Dated: November 9, 2020　　　　　　　　　　By:　*/s/ Diane A. Bettino*
　　　　　　　　　　　　　　　　　　　　　　　　　　Diane A. Bettino, Esq.