IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART,<br><br>   *Plaintiff,*<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 20-05503 |

## ORDER

**AND NOW**, this 3rd day of June 2021, upon consideration of Defendants' Motions to Dismiss, (ECF 24, 25), Taggart's Responses, (ECF 26, 31), Defendants' Replies, (ECF 30, 32), and the parties' supplemental briefing, (ECF 35, 36, 37, 38), it is **ORDERED** that Taggart's Amended Complaint is **DISMISSED with prejudice**. It is further **ORDERED** that Taggart's Motion for Injunctive Relief, (ECF 39), is **DENIED**.

Upon consideration of the Court's Order to Show Cause, (ECF 52), Thomas's Response, (ECF 54), and following a Show Cause Hearing, (ECF 58), it is **ORDERED** that Thomas shall:

1. Pay $2,500 into the Court's registry **on or before July 2, 2021**;

2. Provide a copy of this Order, the corresponding Memorandum Opinion and the transcript of the Show Cause Hearing to the disciplinary committee for every state bar and every federal court to which he is admitted **on or before July 2, 2021**;

1

3. Provide a copy of this Order, the corresponding Memorandum Opinion and the transcript of the Show Cause Hearing to all judges presiding over any pending proceeding in which he is involved **on or before June 14, 2021**; and

4. Within ten days of completing each requirement, file sworn statements and proof of delivery of these materials with the Court via email at Chambers_of_Judge_Pappert@paed.uscourts.gov.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.