# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART<br><br>PLAINTIFF,<br><br>V.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE 2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE2, STERN & EISENBERG, P.C., SPECIALIZED LOAN SERVICING, LLC, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS INC., WELLS FARGO BANK, N.A.,  DEFENDANTS | Civil Action No. 2:20-cv-05503 |

# NOTICE OF APPEAL

Plaintiff herby files this Notice of Appeal to the Third Circuit Court of Appeals from the final order issued by the court on June 3,2021.

/s/ Kenneth Taggart
Kenneth Taggart, Plaintiff

July 6, 2021