| | |
|---|---|
| **From:** | Broker Ken <brokerken1@gmail.com> |
| **Sent:** | Tuesday, July 6, 2021 8:47 AM |
| **To:** | PAED Documents |
| **Subject:** | Appeal-2:20-cv-05503- Taggart v Deutsche Bank |
| **Attachments:** | Heron-Fed-Appeal-Notice-7-6-2021.pdf |

**CAUTION - EXTERNAL:**

How do I pay for this appeal?

Ken Taggart

267-991-6480

 Virus-free. www.avast.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.