IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART,<br><br>               *Plaintiff,*<br><br>   v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>               *Defendants.* | CIVIL ACTION<br>NO. 20-05503 |

## **ORDER**

**AND NOW**, this 7th day of July 2021, upon consideration of Joshua Thomas's failure to pay $2,500 into the Court's registry by July 2, 2021, in compliance with the Court's June 3rd Order (ECF 64), Mr. Thomas is **ORDERED** to appear before the Court on **Tuesday, July 13, 2021, at 10:00 a.m. in Courtroom 11-A** at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

                                          BY THE COURT:

                                          */s/ Gerald J. Pappert*
                                          GERALD J. PAPPERT, J.