**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH TAGGART<br><br>PLAINTIFF,<br><br>V.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE 2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE2, et al.<br><br>DEFENDANTS | Civil Action No. 2:20-cv-05503 |

**SECOND CERITIFCATION OF JOSHUA L. THOMAS RE: ORDER OF JUNE 3, 2021**

1. As the second part of the order, the order, transcript, and memorandum of law was recorded on separate CDs in preparation to comply with the court's order to send them to the "disciplinary committee for every state bar and every federal court to which [I am] admitted".

2. Additionally, cover letters, describing these documents and why the package was being sent. was submitted with the CD as well. (See Exhibit A).

3. Additionally a specific cover letter was sent to the Eastern District of Pennsylvania, that included the check as required by Paragraph 1 of the order (See Exhibits B and C).

4. The tracking information for each one from UPS, is as follows:

    a. Eastern District of PA:

Tracking No.: 1Z4460R30355550565

Shipment ID: MMWZN4CC52QM0

    b. Middle District of PA:

Tracking No.: 1Z4460R30355551877

Shipment ID: MMWZN4CKFBKYB

    c. New Jersey District:

Tracking No.: 1Z4460R30355555800

Shipment ID: MMWZN4CUADV4M

    d. New Jersey State:

Tracking No.: 1Z4460R30322215926

Shipment ID: MMWZN4CMYHKXB

    e. Pennsylvania State:

Tracking No.: 1Z4460R30355554490

Shipment ID: MMWZN4CU2CU59

    f. Third Circuit:

Tracking No.: 1Z4460R30322223784

Shipment ID: MMWZN4CW36FXR

5. After sending these packages, I received at least one phone call FROM New jErsey regarding the contents and continue to receive them from judge's chambers even through late last week.

6. Specifically, The Eastern District of PA package was received, as shown above, but to date the check has not been cashed. (See Exhibits B and C).

7. I've tried to call several times last week, after the judge submitting the order regarding the payment, and each time called the Clerk's Office General Number: 215-597-7704, went into the Civil case option, and left a message for what sounds like "John Harrow" but have not received a call back as to why the payment was not cashed.

8. The funds have been in the account since the check was sent, and this was sent in a manner consistent with how payments have been received before, since there is no electronic method to make the required payment.

9. Additionally, since that time, Mr. Taggart has filed a Notice of Appeal, and apparently the filing fee was accepted for that.

10. It is unclear why the payment in accordance with paragraph 1 of the order has not been accepted at this time, but it was in fact sent within the time required.

11. This, to the best of my knowledge, is the full compliance with paragraph 3 and 4 of the order in this matter.

I hereby certify and swear that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Joshua L. Thomas           Date: July 12, 2021
Joshua L. Thomas, Esq.
225 Wilmington West Chester Pike
Suite 200

Chadds Ford, PA 19317
Supreme Court ID No. 312476
Phone: (215) 806-1733
Fax: (888) 314-8910

# EXHIBIT A

**Joshua L. Thomas, Esq.**
225 Wilmington-West Chester Pike Suite 200
Chadds Ford, PA 19317
Phone:215-806-1733
Fax: 888-314-8910
E-mail: JoshuaLThomas@gmail.com

July 1, 2021

**Package being sent in compliance with court order dated June 3, 2021 from:**
**Case Name:  Kenneth Taggart V. Deutsche Bank National Trust Company, Et Al.**
**Case Number: EDPA 20-05503**

Dear disciplinary committee,

Please see the attached CD that is being sent in compliance with the court order in the aforementioned matter that contains the requisite order, opinion and transcript, per the order. If you have any questions, please do not hesitate to call at 215-806-1733.

Thank you for your consideration,

 /s/ Joshua Thomas_____
Joshua Thomas, Esq.

# EXHIBIT B

**Joshua L. Thomas, Esq.**
225 Wilmington-West Chester Pike Suite 200
Chadds Ford, PA 19317
Phone:215-806-1733
Fax: 888-314-8910
E-mail: JoshuaLThomas@gmail.com

EASTERN DISTRICT OF PA
DISCIPLINARY BOARD
601 Market Street
2609 US COURTHOUSE
PHILADELPHIA, PA 19106

July 1, 2021

**Package being sent in compliance with court order dated June 3, 2021 from:**
**Case Name:  Kenneth Taggart V. Deutsche Bank National Trust Company, Et Al.**
**Case Number: EDPA 20-05503**

Dear disciplinary committee,

Please see the attached CD that is being sent in compliance with the court order in the aforementioned matter that contains the requisite order, opinion and transcript as well as please find the enclosed check, per the order. If you have any questions, please do not hesitate to call at 215-806-1733.

Thank you for your consideration,

 /s/ Joshua Thomas_____
Joshua Thomas, Esq.

# EXHIBIT C

**Joshua L. Thomas & Associates**
225 Wilmington-West Chester Pike Suite 200
Chadds Ford, PA 19317

3-7615/360

1085

Date: 6/30/2021

Pay to the order of: EDPA Court Registry    $ 2,500.00

Two thousand five hundred + 00/100 -------- dollars

Citizens Bank

for 20-05503

1085