# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART, *Plaintiff,* v. DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., *Defendants.* | CIVIL ACTION NO. 20-5503 |

## ORDER

**AND NOW**, this 12th day of July 2021, it is hereby **ORDERED** that the Hearing scheduled for July 13, 2021 has been **CANCELLED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.