**Joshua L. Thomas, Esq.**
225 Wilmington-West Chester Pike Suite 200
Chadds Ford, PA 19317
Phone: 215-806-1733
Fax: 888-314-8910
E-mail: JoshuaLThomas@gmail.com

EASTERN DISTRICT OF PA
DISCIPLINARY BOARD
601 Market Street
2609 US COURTHOUSE
PHILADELPHIA, PA 19106

July 1, 2021

**Package being sent in compliance with court order dated June 3, 2021 from:**
**Case Name: Kenneth Taggart V. Deutsche Bank National Trust Company, Et Al.**
**Case Number: EDPA 20-05503**

    Dear disciplinary committee,

    Please see the attached CD that is being sent in compliance with the court order in the aforementioned matter that contains the requisite order, opinion and transcript as well as please find the enclosed check, per the order. If you have any questions, please do not hesitate to call at 215-806-1733.

                                    Thank you for your consideration,

                                    /s/ Joshua Thomas
                                    Joshua Thomas, Esq.